In the Matter of the Claim of WILLIAM KRUK, Appellant, v. FOREST HILLS HOSPITAL et al.; Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.